PEOPLE *v* VASQUEZ

1. CRIMINAL LAW—EVIDENCE—HEARSAY—INFANTS.

 The testimony of a victim of a crime may be corroborated by
 another witness, as a *res gestae* exception to the hearsay
 rule where the victim is of tender years, the delay in making
 the complaint is caused by fear, and there is no indication
 the story is manufactured.

2. SODOMY—ELEMENTS OF CRIME.

 Sodomy between a male and female is not an impossible crime.

Appeal from Genesee, Philip C. Elliott, J. Submitted Division 2 February 8, 1972, at Detroit. (Docket No. 11097.) Decided March 28, 1972.

Luis Vasquez was convicted of sodomy. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, *Donald A. Kuebler,* Chief Assistant Prosecuting Attorney, for the people.

*Richard J. Ruhala,* for defendant on appeal.

Before: BRONSON, P. J., and V. J. BRENNAN and O'HARA,* JJ.

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.

REFERENCES FOR POINTS IN HEADNOTES

[1] 29 Am Jur 2d, Evidence § 728.
[2] 48 Am Jur, Sodomy § 2.

Per Curiam. Defendant was convicted by a judge in the Genesee County Circuit Court of sodomy, MCLA 750.158; MSA 28.355, and was sentenced to a prison term of 4 to 15 years. He appeals of right.

Defendant makes four allegations of error on appeal. The first concerns the sufficiency of the evidence. An examination of the record reveals that there was sufficient evidence, if believed by the court, to sustain a verdict of guilty beyond a reasonable doubt. *People* v *Cheeks,* 25 Mich App 641 (1970).

Defendant's second allegation is that the trial court erred in allowing the victim's mother to testify with respect to the victim's complaint to her of the sexual assault. The testimony of a victim of tender years may be corroborated by another witness, as a *res gestae* exception to the hearsay rule, if the delay in making the complaint is caused by fear and there is no indication the story is manufactured. *People* v *Woodward,* 21 Mich App 549 (1970). That is the case here.

There is also no merit in defendant's contention that the prosecutor committed reversible error by attempting to introduce evidence of similar incidents. The trial judge sustained defense counsel's objection. In the absence of proof to the contrary, it is presumed that the trial judge was not prejudiced and followed the law. *People* v *Farmer,* 30 Mich App 707 (1971).

Finally, defendant argues that sodomy between a male and female is not possible. *People* v *Askar,* 8 Mich App 95 (1967), is controlling on this point and is contrary.

Affirmed.